Joe Abel Salazar PEREZ, Appellant,

v.

The STATE of Texas, Appellee.

No. 28452.

Court of Criminal Appeals of Texas.

June 30, 1956.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Assts. Dist. Atty., Houston, and Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for murder; the punishment, 20 years' confinement in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.